## TROUTMAN *v.* UNITED STATES

No. 623.   Decided February 24, 1970*

*George C. Pontikes* for petitioner in No. 623.   *Howard Moore, Jr.,* for petitioner in No. 411, Misc.

*Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States in No. 623.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome Feit,* and *Edward Fenig* for the United States in No. 411, Misc.

PER CURIAM.

The motion to proceed *in forma pauperis* in No. 411, Misc., is granted.   The petitions for writs of certiorari are granted, the judgments are vacated, and the cases remanded to the respective United States Courts of Appeals for further consideration in light of *Gutknecht* v. *United States,* 396 U. S. 295.

---

*Together with No. 411, Misc., *Battiste* v. *United States,* on petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit.